# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Freddy Negrón, et al

v.

Miguel Rivera Cruz, et al

**CASE NUMBER:** 98-1520 (HL)

RECEIVED & FILED
99 SEP 28 PM 12: 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.21.99   **Docket #** 23<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other**<br>**Title:** Motion to withdraw | Granted.  Attorney Luis Raúl Rios-Díaz is hereby granted leave to withdraw as attorney of record for Defendant.  New counsel shall make an appearance on behalf of Defendant by **October 29, 1999**.  Until an appearance is filed, the Clerk and all parties shall notify all documents for Defendant to the following attorney:<br><br>Gloria Robison Guarch<br>Puerto Rico Department of Justice<br>Federal Litigation Division<br>PO BOX 9020192<br>San Juan PR  00902-0192 |

Date 9/28/99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**