# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Freddy Negrón, et al
    v.
Miguel Rivera Cruz, et al

CASE NUMBER: 98-1520 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.26.99 **Docket # 27**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion to withdraw as counsel of record for plaintiffs | Granted.  Attorneys Heriberto Febus Bernardini and Luis Vega Collazo are hereby granted leave to withdraw as attorneys of record for Plaintiffs.  Plaintiffs shall have their new counsel make an appearance by **November 29, 1999**.  Failure to do so shall result in the dismissal of this case.<br><br>  Furthermore, the Court **orders** attorneys Febus Bernardini and Vega Collazo to serve Plaintiffs with a copy of this order and certify that they have done so by **November 10, 1999**.  Failure to do so shall result in the imposition of sanctions.<br><br>  Until an appearance is filed, the Clerk and all parties shall notify all documents for Plaintiffs at the following address:<br><br>HC-01 Box 5104<br>Barrio Jaguas, Sector Santa Elena<br>Ciales PR  00638 |

Date  10/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


