UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Freddy Negrón, et al
v.
Miguel Rivera Cruz, et al

CASE NUMBER: 98-1520 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**   **Docket #**<br>[ ] Plffs   [ ] Defts   [ ] Other<br>**Title:** | In an order dated October 29, 1999, the Court granted counsel for Plaintiffs leave to withdraw. The Court also ordered Plaintiffs to retain new counsel and have that counsel make an appearance by November 29, 1999. Failure to do so would result in the dismissal of this case. *See* docket no. 28. To date, Plaintiffs have failed to comply with the Court's order of October 29, 1999. Accordingly, this case is hereby dismissed. Judgment shall be entered accordingly. |

November 30, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge

