ENTERED ON DOCKET
12/1/99 PURSUANT
TO FRCP RULES 58 & 79

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Freddy Negrón, et al
        v.                       CASE NUMBER: 98-1520 (HL)
Miguel Rivera Cruz, et al

### JUDGMENT

The Court having entered an order on this same date, judgment is hereby entered dismissing this case.

                                              HECTOR M. LAFFITTE
**November 30, 1999**                      Chief U.S. District Judge

